# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

Pedro Alonso

                **V.**                              **JUDGMENT IN A CIVIL CASE**

Janet Napolitano , Eric Holder, Robin Baker, John Williams

**CASE NUMBER:**    09cv1586-W(POR)

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that the Court grants in part the Petition for writ of habeas corpus...................................................
..............................................................................................................................................................

| October 13, 2010 | W. Samuel Hamrick, Jr. |
|---|---|
| Date | Clerk |

S/ T. Lee
(By) Deputy Clerk

ENTERED ON October 13, 2010

09cv1586-W(POR)